1
2
3
4
5 **UNITED STATES DISRICT COURT**
6 **EASTERN DISTRICT OF CALIFORNIA**
7
8 UNITED STATES OF AMERICA, ) CASE NO: 1:16-CR-00069 LJO SKO
 )
9   Plaintiff, ) **ORDER RE:**
 ) **DEFENDANT NASTASHA PARKS' REQUEST**
10 vs. ) **FOR LEAVE TO FILE DOCUMENT UNDER**
 ) **SEAL**
11 NASTASHA PARKS, )
 )
12   Defendant. )
 )
13 _____)

14
15    This matter is before the Court on the request of defendant Nastasha Parks to file under
16 seal a request to pace her individual case on calendar. Based on the sensitive medical issues
17 addressed in the defendant's calendaring request, it is appropriate that it be filed under seal.
18 Accordingly, the defendant's sealing request is GRANTED. Defendant's request to calendar
19 her individual case shall be filed under seal.

20 IT IS SO ORDERED.

21  Dated: __**January 26, 2018**__  _____**/s/ Lawrence J. O'Neill**_____
22         UNITED STATES CHIEF DISTRICT JUDGE

23
24
25
26
27
28

SEALING ORDER