McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
JEFFREY A. SPIVAK
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>NASTHASA PARKS,<br><br>     Defendant. | Case No.: 1:16-cr-00069-LJO<br><br>STIPULATION AND PROTECTIVE ORDER RE SUPERSEDING INFORMATION BETWEEN THE UNITED STATES AND THE DEFENDANT |

  WHEREAS, the discovery in for the Superseding Information in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, tax returns, and residential addresses ("Protected Information"); and

  WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

  WHEREAS, the parties agree that entry of a stipulated protective order is appropriate.

  NOW, THEREFORE, defendant NASTHASA PARKS, by and through her counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case relating to the Superseding Information that contains Protected Information (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel (which can include defense counsel not of record) and designated defense investigators and support staff. Defense Counsel may permit a defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, legal counsel not of record, defense investigators, and support staff shall not allow defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, legal counsel not of record, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case. Defense Counsel shall not be required to delete any discovery or information received that has been scanned and saved in its document retention computer system.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

/ / /

7. In the event that defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: June 1, 2018

McGREGOR W. SCOTT
United States Attorney

_____/s/_____
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: June 1, 2018

_____/s/_____
KEVIN LITTLE
Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated: **June 1, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

3
PROTECTIVE ORDER